UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF:
Clarence Vardman Jones
Sandra Faye Jones

CASE NO. 13-82120-CRJ-13

CHAPTER 13

SSN XXX-XX-6626  SSN XXX-XX-1326
DEBTORS

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee, and moves the Court to dismiss this case without further notice or hearing. As grounds for this motion the Trustee states as follows:

1. On June 02, 2017, the Court entered an order effective June 02, 2017, placing the Debtors on payment monitoring whereby if the Debtors fail to make a plan payment to the Trustee during the month in which the payment becomes due, the Trustee is authorized to submit an order dismissing this case.

2. According to the Trustee's records, the Debtors failed to make a plan payment to the Trustee in the month of June 2017.

WHEREFORE, the Trustee prays that the Court enter an order dismissing this Chapter 13 bankruptcy case.

RESPECTFULLY SUBMITTED, this the 19th day of July, 2017.

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee
P.O. Box 2388
Decatur, AL  35602-2388
256-350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of July, 2017, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Clarence Vardman Jones
Sandra Faye Jones
1501 Cullman Avenue
Athens, AL  35611

STEPHEN G CAMPBELL
ATTORNEY AT LAW
PO BOX 708
ATHENS, AL  35612-0708

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee