Van−002 [Notice of Hearing] (Rev. 05/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 13−82120−CRJ13 |
| Clarence Vardman Jones | **Chapter** 13 |
| **SSN:** xxx−xx−6626 | |
| Sandra Faye Jones | |
| **SSN:** xxx−xx−1326 | |
|     **Debtor(s)** | |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*60* − Trustee Trustee's Motion to Dismiss Filed by Trustee Michele T. Hatcher. (Hatcheroffice, adi)

**Date:** Monday, August 21, 2017      **Time:** 10:00 AM

**Location:** Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: July 20, 2017      By:

                         Joseph E. Bulgarella, Clerk
                         United States Bankruptcy Court

dwh