# Notice Recipients

District/Off: 1126−8       User: dhamlin       Date Created: 7/20/2017
Case: 13−82120−CRJ13       Form ID: van002     Total: 71

**Recipients of Notice of Electronic Filing:**
tr   Michele T. Hatcher          ecf@ch13decatur.com
aty  Charles N Parnell           bkrp@parnellsoutheast.com
aty  Paul Joseph Spina, III      pspina@spinalavelle.com
aty  Stephen Gale Campbell       sgcampbelllaw@aol.com

                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Clarence Vardman Jones       22277 Howard Street      Athens, AL 35611
jdb      Sandra Faye Jones            22277 Howard Street      Athens, AL 35611
cr       Exeter Finance Corp. Department       P.O. Box 201347       Arlington, TX 76006
cr       Merchants Adjustment Serivce       c/o Parnell and Crum P.A.       PO Box 2189       Montgomery, AL 36102
cr       Jefferson Capital Systems LLC       PO BOX 7999       ST CLOUD, MN 56302−9617
cr       1st Franklin Financial Corporation       PO Box 810       Athens, AL 35612
8067822  1st Franklin Financial       Brenda A Drennan       926 Highway 72 E       Athens, AL 35611
8068757  1st Franklin Financial       c/o Buddie R Buzz Brown Jr       PO Box 2952       Decatur AL 35602
7941518  1st Franklin Financial Corp.       Attn: Administrative Services Dept       Po Box 880       Toccoa, GA 30577
7941520  Ad Astra Recovery Services       7330 W 33rd St N Ste 118       Wichita, KS 67205
8051737  Afni, Inc       PO Box 3667       Bloomington, IL 61702
7941521  Afni, Inc.       P.O. Box 3427       Bloomington, IL 61702
7941522  Alliance Collection       600 W Main St Ste A       Tupelo, MS 38804
8076971  American InfoSource LP as agent for       DIRECTV, LLC       Mail Station N387       2230 E Imperial Hwy       El Segundo, CA 90245
7950469  American InfoSource LP as agent for       T Mobile/T−Mobile USA Inc       PO Box 248848       Oklahoma City, OK 73124−8848
7941523  Athens Limestone Hospital       700 West Market St       Athens, AL 35611
7967963  COLEMAN DENTAL GROUP       C/O HOLLOWAY CREDIT       PO BOX 27       HUNTSVILLE AL 35804
8014044  COLLECTO US ASSET MANAGEMNT, INC.       c o Jefferson Capital Systems LLC       PO BOX 7999       SAINT CLOUD MN 56302−9617
7951522  Cash Connection       Credit & Collection Recovery Svcs       401 4th Ave       Jasper, AL 35501
7947032  Cash Mart, Inc.       115 S Marion St       Athens, AL 35611
8155052  Clarence Vardman       5707 US Highway 72 West       Athens, AL 35611
7941524  Credit & Collections       401 4th Ave Box 10       Jasper, AL 35501
7967947  DENTAL ASSOC OF ATHENS       105 South Hine St       Athens, AL 35611
7941525  Dental Associates of Athens       1005 W. Market Street       Athens, AL 35611
7941526  Diversified Consultants       10550 Deerwood Pk Blvd Ste708       Jacksonville, FL 32256
7941527  Enhanced Recovery       8014 Bayberry Rd       Jacksonville, FL 32256
7941528  Eos Cca       700 Longwater Dr       Norwell, MA 02061
7941519  Exeter Finance Corp       222 Las Colinas Blvd W       Irving, TX 75039
7978836  Exeter Finance Corp.       Attn: Scott Beauchamp−claim sig       P.O. Box 201347       Arlington, TX 76006
7941531  Fox Collection Center       456 Moss Trail       Goodlettsville, TN 37072
7941529  Fox Collection Center       456 Moss Trl       Goodlettsville, TN 37072
7941530  Fox Collection Center       P.O.Box 528       Goodlettsville, TN 37070
7941532  Franklin Collection       2978 W Jackson St       Tupelo, MS 38801
7941534  Huntsville Emergency Physicians Group       101 Sivley Road, SW       Huntsville, AL 35801
7947809  Huntsville Er Phys Grp c/o Franklin Coll Svc       PO Box 3910       Tupelo, MS 38803
7947810  Huntsville Hosp c/o Franklin Coll Svc       PO Box 3910       Tupelo, MS 38803
7941535  Huntsville Hospital       101 Sivley Road       Huntsville, AL 35801
7941536  I C System Inc       P.O. Box 64378       Saint Paul, MN 55164
7941537  I.C. System Inc.       P.O. Box 64378       St Paul, MN 55164
8396435  JEFFERSON CAPITAL SYSTEMS LLC       PO BOX 7999       ST CLOUD MN 56302
8008706  Jefferson Capital Systems LLC       PO BOX 7999       SAINT CLOUD MN 56302−9617
8009905  Jefferson Capital Systems LLC       PO BOX 7999       SAINT CLOUD MN 56302−9617
7967966  LIMESTONE RADIOLOGY       C/O HOLLOWAY CREDIT       PO BOX 27       HUNTSVILLE AL 35804
7941538  Liberty Finance of Athens       885 US Hwy 72 West Ste C       Athens, AL 35611
7967964  MALLETTE DERMATOLOGY       C/O HOLLOWAY CREDIT       PO BOX 27       HUNTSVILLE AL 35804
8056973  MERCHANTS ADJUSTMENT SERVICE       C/O PARNELL & CRUM, P.A.       P.O. BOX 2189       MONTGOMERY, AL 36102
7941539  Madison Hospital       P.O. Box 2252 Dept #1050       Birmingham, AL 35246
7941540  Merchants Adjustment       P.O. Box 7511       Mobile, AL 36670
7997777  NCEP LLC ASSIGNEE OF UNITED DEBT HOLDINGS LLC       C/O BECKET AND LEE LLP       POB 3001       MALVERN PA 19355−0701
7941533  Pathology Assoc       2904 Westcorp Blvd Ste 108       Huntsville AL 35805

| | | | | |
|---|---|---|---|---|
| 9193578 | Prestige Financial | 1416 6th Ave SE Ste C | Decatur, Al 35601 | |
| 7971872 | RADIOLOGY OF HUNTSVILLE, PC | C/O FOX COLLECTION CENTER | PO BOX 528 | GOODLETTSVILLE, TN 37070 |
| 7941541 | Recovery One | 5100 Parkcenter Av | Dublin, OH 43017 | |
| 8046733 | SFC−Central Bankruptcy | P.O. Box 1893 | Spartanburg, S.C. 29304−1893 | |
| 7980004 | Safelite Autoglass | c/o Recovery One, LLC | 3240 W. Henderson Rd | Columbus, OH 43220 |
| 7941542 | Security Finance | 600 S. Jefferson Street, Suite G | Athens, AL 35611 | |
| 7989113 | Sprint Nextel | Attn Bankruptcy Dept | PO Box 7949 | Overland Park KS 66207−0949 |
| 7941543 | Sun Loan Company | 651 Us Highway 72 W | Athens, AL 35611 | |
| 7951083 | Sun Loans | 800 Hwy 72 W Suite I | Athens, AL 35611 | |
| 7941544 | T−Mobile Wireless | P.O. Box 742596 | Cincinnati, OH 45274 | |
| 7941545 | Terminix | P.O. Box 17167 | Memphis, TN 38187 | |
| 7945194 | Touchstone Financial | 1416 6th Ave SE Suite C | Decatur, AL 35601 | |
| 7941546 | Touchstone Financial | 201 Highway 31 S Ste B | Athens, AL 35611 | |
| 7941547 | Uscb Corporation | 101 Harrison St | Archbald, PA 18403 | |
| 7941548 | West Market Emergency Group | P.O. Box 2995 | San Antonio, TX 78299 | |
| 7941549 | Western Shamrock Corp | 801 S Abe St | San Angelo, TX 76903 | |
| 7941550 | World Finance Corp | 1003 South Jefferson Street | Athens AL 35611−3584 | |

TOTAL: 67