# Notice Recipients

District/Off: 1126−8     User: twalker     Date Created: 8/18/2017
Case: 13−82120−CRJ13     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7945194     Touchstone Financial     1416 6th Ave SE Suite C     Decatur, AL 35601

TOTAL: 1