```
                                United States Bankruptcy Court
                                  Northern District of Alabama
In re:                                                                   Case No. 13-82120-CRJ
Clarence Vardman Jones                                                   Chapter 13
Sandra Faye Jones
         Debtors                     CERTIFICATE OF NOTICE
District/off: 1126-8          User: smorgan                Page 1 of 3                  Date Rcvd: Aug 21, 2017
                              Form ID: pdf000              Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db/jdb        +Clarence Vardman Jones,   Sandra Faye Jones,   22277 Howard Street,    Athens, AL 35613-3805
cr            +Exeter Finance Corp. Department,   P.O. Box 201347,   Arlington, TX 76006-1347
cr            +Merchants Adjustment Serivce,   c/o Parnell and Crum P.A.,   PO Box 2189,
                Montgomery, AL 36102-2189
8068757       +1st Franklin Financial,   c/o Buddie R Buzz Brown Jr,   PO Box 2952,   Decatur AL 35602-2952
7941520       +Ad Astra Recovery Services,   7330 W 33rd St N Ste 118,   Wichita, KS 67205-9370
7941522      #+Alliance Collection,   600 W Main St Ste A,   Tupelo, MS 38804-3733
8076971       +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
7941523       +Athens Limestone Hospital,   700 West Market St,   Athens, AL 35611-2422
7967963       +COLEMAN DENTAL GROUP,   C/O HOLLOWAY CREDIT,   PO BOX 27,   HUNTSVILLE AL 35804-0027
7951522       +Cash Connection,   Credit & Collection Recovery Svcs,   401 4th Ave,   Jasper, AL 35501-3705
7947032       +Cash Mart, Inc.,   115 S Marion St,   Athens, AL 35611-2552
8155052       +Clarence Vardman,   5707 US Highway 72 West,   Athens, AL 35611-8721
7967947       +DENTAL ASSOC OF ATHENS,   105 South Hine St,   Athens, AL 35611-2323
7941525       +Dental Associates of Athens,   1005 W. Market Street,   Athens, AL 35611-2454
7941528       +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
7941532       +Franklin Collection,   2978 W Jackson St,   Tupelo, MS 38801-6731
7941534       +Huntsville Emergency Physicians Group,   101 Sivley Road, SW,   Huntsville, AL 35801-4421
7947809       +Huntsville Er Phys Grp c/o Franklin Coll Svc,   PO Box 3910,   Tupelo, MS 38803-3910
7947810       +Huntsville Hosp c/o Franklin Coll Svc,   PO Box 3910,   Tupelo, MS 38803-3910
7941536       +I C System Inc,   P.O. Box 64378,   Saint Paul, MN 55164-0378
7941537       +I.C. System Inc.,   P.O. Box 64378,   St Paul, MN 55164-0378
7967966       +LIMESTONE RADIOLOGY,   C/O HOLLOWAY CREDIT,   PO BOX 27,   HUNTSVILLE AL 35804-0027
7941538       +Liberty Finance of Athens,   885 US Hwy 72 West Ste C,   Athens, AL 35611-4192
7967964       +MALLETTE DERMATOLOGY,   C/O HOLLOWAY CREDIT,   PO BOX 27,   HUNTSVILLE AL 35804-0027
8056973       +MERCHANTS ADJUSTMENT SERVICE,   C/O PARNELL & CRUM, P.A.,   P.O. BOX 2189,
                MONTGOMERY, AL 36102-2189
7941539       +Madison Hospital,   P.O. Box 2252 Dept #1050,   Birmingham, AL 35246-0031
7941540       +Merchants Adjustment,   P.O. Box 7511,   Mobile, AL 36670-0511
7997777        NCEP LLC ASSIGNEE OF UNITED DEBT HOLDINGS LLC,   C/O BECKET AND LEE LLP,   POB 3001,
                MALVERN PA 19355-0701
7941533       +Pathology Assoc,   2904 Westcorp Blvd Ste 108,   Huntsville AL 35805-6436
9193578       +Prestige Financial,   1416 6th Ave SE Ste C,   Decatur, Al 35601-4247
7980004       +Safelite Autoglass,   c/o Recovery One, LLC,   3240 W. Henderson Rd,   Columbus, OH 43220-2300
7941543       +Sun Loan Company,   651 Us Highway 72 W,   Athens, AL 35611-4211
7951083       +Sun Loans,   800 Hwy 72 W Suite I,   Athens, AL 35611-4227
7941544      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile Wireless,    P.O. Box 742596,   Cincinnati, OH 45274)
7941545       +Terminix,   P.O. Box 17167,   Memphis, TN 38187-0167
7941546        Touchstone Financial,   201 Highway 31 S Ste B,   Athens, AL 35611
7941547       +Uscb Corporation,   101 Harrison St,   Archbald, PA 18403-1961
7941548       +West Market Emergency Group,   P.O. Box 2995,   San Antonio, TX 78299-2995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bankruptcy@1ffc.com Aug 22 2017 01:28:50     1st Franklin Financial Corporation,
                PO Box 810,   Athens, AL 35612-0810
8067822       +E-mail/Text: bankruptcy@1ffc.com Aug 22 2017 01:28:50     1st Franklin Financial,
                Brenda A Drennan,   926 Highway 72 E,   Athens, AL 35611-4318
7941518       +E-mail/Text: bankruptcy@1ffc.com Aug 22 2017 01:28:50     1st Franklin Financial Corp.,
                Attn: Administrative Services Dept,   Po Box 880,   Toccoa, GA 30577-0880
8051737       +E-mail/Text: EBNProcessing@afni.com Aug 22 2017 01:27:51     Afni, Inc,   PO Box 3667,
                Bloomington, IL 61702-3667
7941521       +E-mail/Text: EBNProcessing@afni.com Aug 22 2017 01:27:51     Afni, Inc.,   P.O. Box 3427,
                Bloomington, IL 61702-3427
7950469        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2017 01:30:37
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
8014044       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 22 2017 01:28:01
                COLLECTO US ASSET MANAGEMNT, INC.,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-7999
7941524       +E-mail/Text: sandy@ccrsi.com Aug 22 2017 01:25:58     Credit & Collections,
                401 4th Ave Box 10,   Jasper, AL 35501-3705
7941526       +E-mail/Text: bankruptcynotices@dcicollect.com Aug 22 2017 01:28:24     Diversified Consultants,
                10550 Deerwood Pk Blvd Ste708,   Jacksonville, FL 32256-2810
7941527       +E-mail/Text: bknotice@erccollections.com Aug 22 2017 01:27:43     Enhanced Recovery,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
7941519       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 22 2017 01:24:44     Exeter Finance Corp,
                222 Las Colinas Blvd W,   Irving, TX 75039-5421
7978836       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 22 2017 01:24:30     Exeter Finance Corp.,
                Attn: Scott Beauchamp-claim sig,   P.O. Box 201347,   Arlington, TX 76006-1347
7941529       +E-mail/Text: bankruptcies@foxcollection.com Aug 22 2017 01:27:04     Fox Collection Center,
                456 Moss Trl,   Goodlettsville, TN 37072-2029
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
7941531        +E-mail/Text: bankruptcies@foxcollection.com Aug 22 2017 01:27:04      Fox Collection Center,
                 456 Moss Trail,   Goodlettsville, TN 37072-2029
7941530        +E-mail/Text: bankruptcies@foxcollection.com Aug 22 2017 01:27:04      Fox Collection Center,
                 P.O.Box  528,   Goodlettsville, TN 37070-0528
7941535        +E-mail/Text: sheila.coats@hhsys.org Aug 22 2017 01:28:41      Huntsville Hospital,
                 101 Sivley Road,   Huntsville, AL 35801-4470
8396435         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 22 2017 01:28:01      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD MN 56302
8008706         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 22 2017 01:28:01      Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
7971872        +E-mail/Text: bankruptcies@foxcollection.com Aug 22 2017 01:27:04
                 RADIOLOGY OF HUNTSVILLE, PC,   C/O FOX COLLECTION CENTER,   PO BOX 528,
                 GOODLETTSVILLE, TN 37070-0528
7941542         E-mail/Text: bankruptcy.noticing@security-finance.com Aug 22 2017 01:26:09      Security Finance,
                 600 S. Jefferson Street, Suite G,   Athens, AL 35611
8046733         E-mail/Text: bankruptcy.noticing@security-finance.com Aug 22 2017 01:26:09
                 SFC-Central Bankruptcy,   P.O. Box 1893,   Spartanburg, S.C. 29304-1893
7989113         E-mail/Text: appebnmailbox@sprint.com Aug 22 2017 01:27:02      Sprint Nextel,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
7945194        +E-mail/Text: roxanne.prestigefinancial@gmail.com Aug 22 2017 01:27:03      Touchstone Financial,
                 1416 6th Ave SE Suite C,   Decatur, AL 35601-4259
7941550         E-mail/PDF: bk@worldacceptance.com Aug 22 2017 01:24:44      World Finance Corp,
                 1003 South Jefferson Street,   Athens AL 35611-3584
7941549        +E-mail/Text: bankruptcy@wscadc.tzo.com Aug 22 2017 01:27:43      Western Shamrock Corp,
                 801 S Abe St,   San Angelo, TX 76903-6735
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 ST CLOUD, MN   56302-9617)
8009905*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
7941541        ##+Recovery One,   5100 Parkcenter Av,   Dublin, OH 43017-7563
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
          Charles N Parnell    on behalf of Creditor    Merchants Adjustment Serivce bkrp@parnellsoutheast.com
          Michele T. Hatcher    ecf@ch13decatur.com, michele.hatcher@ch13decatur.com
          Paul Joseph Spina, III    on behalf of Creditor    Exeter Finance Corp. Department
           pspina@spinalavelle.com
          Stephen Gale Campbell    on behalf of Debtor Clarence Vardman Jones sgcampbelllaw@aol.com
          Stephen Gale Campbell    on behalf of Joint Debtor Sandra Faye Jones sgcampbelllaw@aol.com
```

District/off: 1126-8　　　　User: smorgan　　　　　　Page 3 of 3　　　　　　　　Date Rcvd: Aug 21, 2017
　　　　　　　　　　　　　　Form ID: pdf000　　　　　Total Noticed: 63

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION**

In the Matter of:

| | |
|---|---|
| Clarence Vardman Jones } | **Case No: 13-82120-CRJ13** |
| SSN: XXX-XX-6626 } | |
| Sandra Faye Jones } | |
| SSN: XXX-XX-1326 } | |
| DEBTOR(S). } | |

**ORDER**

This matter came before the Court on Monday, August 21, 2017 10:00 AM, for a hearing on the following:

RE: Doc #60; Trustee's Motion to Dismiss

Proper notice of the hearing was given and appearances were made by the following:

Michele T. Hatcher (Trustee)
Stephen Gale Campbell, attorney for Clarence Vardman Jones (Debtor)
Stephen Gale Campbell, attorney for Sandra Faye Jones (Joint Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Trustee's Motion to Dismiss is GRANTED effective at close of business on August 29, 2017 unless the Debtors convert to a Chapter 7 case prior to that date.

Dated: 08/21/2017

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge