

## STEPHEN G. MALLETTE, D.O.

October 4, 2017

Decatur Bankruptcy Court
PO Box 2775
Decatur, AL 35602


Re:     Clarence and Sandra Jones
Case#:  13-82120
Court Claim #:   12

To Whom It May Concern:

     I am writing in reference to the participants listed above. It was noted on previous paperwork that payment of the delinquent account should be made to Holloway Collection Agency. I am requesting a change in payment address at this time. Please send any payment made to Mallette Dermatology, P.C., 707 Hwy 31 S. Suite F., Athens, AL 35611. Thank you for your consideration in this matter.

Sincerely,

*Amanda Pack*
Amanda Pack
Practice Manager
Mallette Dermatology