🔒 WARNING: CHECK PRINTED IN MAROON AND BLUE PRISMATIC PANTOGRAPH ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE'S NAME.

**MICHELE T. HATCHER, STANDING TRUSTEE**
CHAPTER 13
P.O. BOX 2388
DECATUR, ALABAMA 35602



FIFTH THIRD BANK
Northern KY

**1264083**

DATE: Oct 06, 2017
VOID 90 DAYS AFTER DATE

PAY Exactly Twenty Five And 47 / 100 Dollars

**$25.47**

TO THE ORDER OF:
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
UNCLAIMED FUNDS
1800 5TH AVENUE N ROOM 120
BIRMINGHAM, AL 35203

⑆1264083⑆ ⑈041210027⑈ 748187462⑆

---

MICHELE T. HATCHER, STANDING TRUSTEE • CHAPTER 13 • DECATUR, ALABAMA

Payee: UNITED STATES BANKRUPTCY COURT
Check No.: 1264083
Date: Oct 06, 2017

**1264083**

| Case No. | Claim | Debtor Name(s) | SSN 1 | SSN 2 | Account No. | Payment Amt. | Principal | Interest |
|---|---|---|---|---|---|---|---|---|
| 1183222 | 00015 | Christen & Deborah Todd | 5005 | 0860 | 4856 | 14.25 | 14.25 | 0.00 |
| 1331120 | 00040 | Clarence Vardman & Sandra Faye Jones | 6626 | 1328 | 804 | 11.22 | 11.22 | 0.00 |

| | | | | | TOTALS | 25.47 | 25.47 | 0.00 |

UNITED STATES BANKRUPCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

October 6, 2017

COMES NOW, MICHELE T. HATCHER, STANDING CHAPTER 13 TRUSTEE AND SUBMITS THE FOLLOWING FUNDS IN CLOSED CASES PURSUANT TO 11 U.S.C. SEC 347(a) AND BANKRUPTCY RULE 3011:

| CASE # | DEBTOR | CREDITOR | AMOUNT |
|---|---|---|---|
| 1382120 | CLARENCE & SANDRA JONES | LIMESTONE RADIOLOGY ASSOC PC<br>C/O HOLLOWAY CREDIT SERVICES LLC<br>PO BOX 27<br>HUNTSVILLE, AL 35804 | 11.22 |
| 1183222 | CHRISTEN & DEBORAH TODD | DR MICHAEL BROWN<br>C/O HOLLOWAY CREDIT SERVICES LLC<br>PO BOX 27<br>HUNTSVILLE, AL 35804 | 14.25 |
| | | TOTAL | 25.47 |

THIS THE 6th DAY OF OCTOBER, 2017.

MICHELE T. HATCHER, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256) 350-0442