WARNING: CHECK PRINTED IN MAROON AND BLUE PRISMATIC PANTOGRAPH DN TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE'S NAME.

MICHELE T. HATCHER, STANDING TRUSTEE
CHAPTER 13
P.O. BOX 2388
DECATUR, ALABAMA 35602

FIFTH THIRD BANK
Northern KY

Check No.: 1271405
Date: Feb 05, 2018
VOID 90 DAYS AFTER DATE

PAY Exactly Fifteen And 30 / 100 Dollars

**$15.30**

TO THE ORDER OF:
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
UNCLAIMED FUNDS
1800 5TH AVENUE N ROOM 120
BIRMINGHAM, AL 35203

⑈1271405⑈ ⑆041100272⑆ 748187562⑉

---

MICHELE T. HATCHER, STANDING TRUSTEE · CHAPTER 13 · DECATUR, ALABAMA

Check No.: 1271405
Date: Feb 05, 2018

**1271405**

Payee: UNITED STATES BANKRUPTCY COURT

| Case No. | Claim | Debtor Name(s) | SSN 1 | SSN 2 | Account No. | Payment Amt. | Principal | Interest |
|---|---|---|---|---|---|---|---|---|
| 1282961 | 00074 | Carl Baker & Amy Nicole Bridges | 7948 | 1142 | 7720 | 5.28 | 5.28 | 0.00 |
| 1283262 | 00017 | Christopher R & Lakeia P Sealy | 1659 | 4162 | | 0.01 | 0.01 | 0.00 |
| 1381638 | 00000 | Timothy O Johnson | 4999 | | | 2.00 | 2.00 | 0.00 |
| 1382120 | 00028 | Clarence Vardman & Sandra Faye Jones | 6628 | 1328 | 8946/04201204112 | 0.01 | 0.01 | 0.00 |
| 1580293 | 00000 | Mitchell H & Kaitlin M Taylor | 0673 | 0688 | | 2.00 | 2.00 | 0.00 |
| 1581044 | 00000 | Dianna Rosie Isbell | 4045 | | | 2.00 | 2.00 | 0.00 |
| 1583375 | 00000 | Derail B Miller | 9965 | | | 2.00 | 2.00 | 0.00 |
| 1780711 | 00000 | Christian J Pellot-Rodriguez | 0052 | | | 2.00 | 2.00 | 0.00 |

xc: Lindsey
2/7/18

TOTALS  15.30  15.30  0.00

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

February 05, 2018

COMES NOW, MICHELE T. HATCHER, STANDING CHAPTER 13 TRUSTEE AND SUBMITS THE FOLLOWING FUNDS IN CLOSED CASES PURSUANT TO 11 U.S.C. SEC 347(a) AND BANKRUPTCY RULE 3011:

| CASE # | DEBTOR | CREDITOR | AMOUNT | CHK # |
|---|---|---|---|---|
| 1780711 | Christian J. Pellot-Rodriguez | Christian J. Pellot-Rodriguez<br>4146 MEMORIAL PKWY SW APT G<br>HUNTSVILLE, AL 35802 | 2.00 | 1264152 |
| 1581044 | Dianna Rosie Isbell | Dianna Rosie Isbell<br>14017 MARIELLEN ROAD<br>HUNTSVILLE, AL 35803 | 2.00 | 1264175 |
| 1381638 | Timothy O Johnson | Timothy O Johnson<br>PO BOX 6822<br>HUNTSVILLE, AL 35813 | 2.00 | 1264184 |
| 1382120 | Clarence Vardman Jones<br>Sandra Faye Jones | SAFELITE AUTOGLASS<br>C/O RECOVERY ONE LLC<br>3240 W HENDERSON RD<br>COLUMBUS, OH 43220 | 0.01 | 1265445 |
| 1282961 | Carl Baker Bridges<br>Amy Nicole Bridges | TRITON MANAGEMENT GROUP<br>PO BOX 241525<br>MONTGOMERY, AL 36124 | 5.28 | 1265696 |
| 1283262 | Christopher R. Seay<br>Laketa P. Seay | ROBERT B TUTEN<br>ATTORNEY AT LAW<br>223 EAST SIDE SQUARE<br>HUNTSVILLE, AL 35801 | 0.01 | 1265703 |
| 1583375 | Derail B Miller | Derail B Miller<br>114 Springbok Dr.<br>Harvest, AL 35749 | 2.00 | 1265967 |
| 1580293 | Mitchell H Taylor<br>Kaitlin M Taylor | Mitchell H Taylor & Kaitlin M Taylor<br>233 Piney Grove St.<br>Falkville, AL 35622-5221 | 2.00 | 1265970 |
| | | | 15.30 | |

THIS THE 5TH DAY OF FEBRUARY, 2018.

*signature*
MICHELE T. HATCHER, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256)350-0442

MICHELE T. HATCHER, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388