WARNING: CHECK PRINTED IN MAROON AND BLUE PRISMATIC PANTOGRAPH ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS. MICRO PRINTING. TRUE WATERMARK AND LAID LINES WITH TRUSTEE'S NAME.

**MICHELE T. HATCHER, STANDING TRUSTEE**
**CHAPTER 13**
P.O. BOX 2388
DECATUR, ALABAMA 35602




FIFTH THIRD BANK
Northern KY

73-27
421

**1276965**

DATE: May 11, 2018
VOID 90 DAYS AFTER DATE

PAY Exactly Two Hundred Forty Nine And 86 / 100 Dollars

**249.86**

TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
UNCLAIMED FUNDS
1800 5TH AVENUE N ROOM 120
BIRMINGHAM, AL 35203

⑈1276965⑈ ⑆042100272⑆ 748187462⑈

MICHELE T. HATCHER, STANDING TRUSTEE · CHAPTER 13 · DECATUR, ALABAMA

**1276965**

Payee: UNITED STATES BANKRUPTCY COURT
Check No.: 1276965
Date: May 11, 2018

| Case No. | Claim | Debtor Name(s) | SSN 1 | SSN 2 | Account No. | Payment Amt. | Principal | Interest |
|---|---|---|---|---|---|---|---|---|
| 1281944 | 00007 | Denease F. Stewart | 7923 | | 7923 | 41.32 | 41.32 | 0.00 |
| 1283252 | 00003 | Mary C Brooks | 0297 | | 0297 | 7.54 | 7.54 | 0.00 |
| 1283685 | 00008 | Rachel M King | 7285 | | 7285 | 41.04 | 41.04 | 0.00 |
| 1380306 | 00003 | Arthur Donald & Brigitte Maria Murtha | 9035 | 4250 | 4250 | 26.17 | 26.17 | 0.00 |
| 1382120 | 00039 | Clarence Vardman & Sandra Faye Jones | 6626 | 1326 | 6626 | 0.01 | 0.01 | 0.00 |
| 1382139 | 00007 | Tatia M Oates | 6073 | | 6073 | 18.28 | 18.28 | 0.00 |
| 1383408 | 00006 | Willis C. Langham | 4637 | | 4637 | 21.82 | 21.82 | 0.00 |
| 1481817 | 00015 | Kimberly L Freeman | 6112 | | 6112 | 85.67 | 85.67 | 0.00 |
| 1681043 | 00000 | Dustin & Chelsey Taylor | 4769 | 6787 | | 2.00 | 2.00 | 0.00 |
| 1681406 | 00000 | Donald B Boggan | 0944 | | | 2.01 | 2.01 | 0.00 |
| 1682221 | 00000 | Taise Braithwaite | 1774 | | | 2.00 | 2.00 | 0.00 |
| 1781464 | 00000 | Charles Eugene Mears, Jr. & Jessica Marie Mears | 8102 | 8488 | | 2.00 | 2.00 | 0.00 |

CC: Lindsay 5/14/18

**TOTALS** 249.86 249.86 0.00

May 11, 2018

COMES NOW, MICHELE T. HATCHER, STANDING CHAPTER 13 TRUSTEE AND SUBMITS THE FOLLOWING FUNDS IN CLOSED CASES PURSUANT TO 11 U.S.C. SEC 347(a) AND BANKRUPTCY RULE 3011:

| CASE # | DEBTOR | CREDITOR | AMOUNT | CHK # |
|---|---|---|---|---|
| 1681043 | Dustin Taylor<br>Chelsey Taylor | Dustin Taylor & Chelsey Taylor<br>106 JONDA CIRCLE<br>HUNTSVILLE, AL 35811 | 2.00 | 1271392 |
| 1682221 | Taise Braithwaite | Taise Braithwaite<br>4550 Idelwood Drive<br>LITHONIA, GA 30038 | 2.00 | 1271396 |
| 1281944 | Denease F. Stewart | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 41.32 | 1271399 |
| 1283252 | Mary C Brooks | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 7.54 | 1271399 |
| 1283685 | Rachel M King | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 41.04 | 1271399 |
| 1380306 | Arthur Donald Murtha<br>Brigitte Maria Murtha | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 26.17 | 1271399 |
| 1382120 | Clarence Vardman Jones<br>Sandra Faye Jones | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 0.01 | 1271399 |
| 1382139 | Tatia M Oates | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 18.28 | 1271399 |
| 1383408 | Willis C. Langham | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 21.82 | 1271399 |

| 1481817 | Kimberly L Freeman | CASHMART INC DBA 1ST ADVANTAGE FINANCIAL<br>115 S MARION ST<br>ATHENS, AL 35611 | 85.67 | 1271399 |
|---|---|---|---|---|
| 1781464 | Charles Eugene Mears, Jr.<br>Jessica Marie Mears | Charles Eugene Mears, Jr. & Jessica Marie Mears<br>18 County Road 163<br>Moulton, AL 35650-8926 | 2.00 | 1271419 |
| 1681406 | Donald B Boggan | Donald B Boggan<br>PO Box 2116<br>Florence, AL 35630 | 2.01 | 1271423 |
| | | | 249.86 | |

THIS THE 11TH DAY OF MAY, 2018.

MICHELE T. HATCHER, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256)350-0442