UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:   Case No. 13-82120-CRJ-13
    Clarence Vardman Jones
    Sandra Faye Jones
        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Michele T. Hatcher, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2013.

2) The plan was confirmed on 10/15/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/09/2017, 06/02/2017, 08/21/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/09/2017, 07/19/2017.

5) The case was dismissed on 08/29/2017.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,511.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $30,916.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$30,916.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,750.00 |
| Court Costs | $281.00 |
| Trustee Expenses & Compensation | $2,076.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,107.00** |

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1ST FRANKLIN FINANCIAL | Unsecured | 1,816.00 | NA | NA | 0.00 | 0.00 |
| 1ST FRANKLIN FINANCIAL | Secured | 803.00 | 879.32 | 879.32 | 879.32 | 95.33 |
| AD ASTRA RECOVERY SERVICES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 222.00 | 222.87 | 222.87 | 2.90 | 0.00 |
| ALLIANCE COLLECTION SERV | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 800.00 | 529.49 | 529.49 | 6.89 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | NA | 731.06 | 731.06 | 9.51 | 0.00 |
| ATHENS LIMESTONE HOSPITAL | Unsecured | 947.00 | NA | NA | 0.00 | 0.00 |
| ATHENS LIMESTONE HOSPITAL | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE | Unsecured | NA | 60.00 | 60.00 | 0.78 | 0.00 |
| CASH CONNECTION | Unsecured | 410.00 | 352.50 | 352.50 | 4.59 | 0.00 |
| CASHMART INC DBA 1ST ADVANTA | Unsecured | NA | 411.25 | 411.25 | 5.35 | 0.00 |
| COLEMAN DENTAL GROUP | Unsecured | NA | 46.00 | 46.00 | 0.00 | 0.00 |
| DENTAL ASSOCIATES OF ATHENS | Unsecured | 3,909.74 | 3,909.74 | 3,909.74 | 50.87 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 2,951.00 | NA | NA | 0.00 | 0.00 |
| FOX COLLECTION | Unsecured | 181.00 | 283.00 | 283.00 | 3.68 | 0.00 |
| FOX COLLECTION | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| FOX COLLECTION | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY | Unsecured | 3,909.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| HUNTSVILLE EMERGENCY PHYSICI | Unsecured | 441.00 | 141.00 | 141.00 | 1.83 | 0.00 |
| HUNTSVILLE HOSPITAL | Unsecured | 3,737.50 | NA | NA | 0.00 | 0.00 |
| HUNTSVILLE HOSPITAL | Unsecured | 3,737.00 | 3,737.50 | 3,737.50 | 48.62 | 0.00 |
| IC SYSTEMS INC | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | NA | 1,540.00 | 1,540.00 | 20.04 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | NA | 1,372.71 | 1,372.71 | 17.86 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Secured | 21,694.00 | 21,944.68 | 21,944.68 | 21,944.68 | 2,519.78 |
| LIBERTY FINANCE | Unsecured | 461.00 | 501.14 | 501.14 | 6.52 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LIMESTONE RADIOLOGY ASSOC PC | Unsecured | NA | 863.82 | 863.82 | 11.22 | 0.00 |
| MALLETTE DERMATOLOGY PC | Unsecured | NA | 90.00 | 90.00 | 1.16 | 0.00 |
| MERCHANTS ADJUSTMENT SERVICE | Unsecured | 1,844.00 | 3,697.13 | 3,697.13 | 48.10 | 0.00 |
| MERCHANTS ADJUSTMENT SERVICE | Unsecured | NA | 1,460.52 | 1,460.52 | 19.00 | 0.00 |
| PATHOLOGY ASSOCIATES | Unsecured | NA | 44.00 | 44.00 | 0.57 | 0.00 |
| PRESTIGE FINANCIAL | Unsecured | 310.00 | 310.38 | 310.38 | 4.04 | 0.00 |
| SAFELITE AUTOGLASS | Unsecured | 518.00 | 453.00 | 453.00 | 5.89 | 0.00 |
| SECURITY FINANCE | Unsecured | 1,100.00 | 1,013.85 | 1,013.85 | 13.19 | 0.00 |
| SPRINT NEXTEL DISTRIBUTIONS | Unsecured | NA | 4,347.84 | 4,347.84 | 56.57 | 0.00 |
| SUN LOAN COMPANY | Unsecured | 870.00 | 870.00 | 870.00 | 11.32 | 0.00 |
| TERMINIX INTERNATIONAL | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 906.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 3,737.50 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 1,397.00 | NA | NA | 0.00 | 0.00 |
| WEST MARKET EMERGENCY GROUP | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| WEST MARKET EMERGENCY GROUP | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SHAMROCK | Unsecured | 355.00 | 354.85 | 354.85 | 4.62 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,210.00 | 1,135.23 | 1,135.23 | 14.77 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $22,824.00 | $22,824.00 | $2,615.11 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$22,824.00** | **$22,824.00** | **$2,615.11** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$28,478.88** | **$369.89** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,107.00 |
| Disbursements to Creditors | $25,809.00 |
| **TOTAL DISBURSEMENTS** : | **$30,916.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/25/2018         By: /s/ Michele T. Hatcher
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

| Clarence Vardman Jones  | CASE NO: 13-82120-CRJ-13 |
| Sandra Faye Jones | |

## CERTIFICATE OF SERVICE

    I, Michele T. Hatcher, Trustee, do hereby certify that I have this day served a copy of the above and foregoing instrument, by placing copies of same in the U.S. Mail, postage prepaid and properly addressed to the following:

Clarence Vardman Jones
Sandra Faye Jones
22277 HOWARD STREET
ATHENS, AL, 35611

    THIS day May 25, 2018        /s/ Michele T. Hatcher
                                                        Michele T. Hatcher, Trustee

**UST Form 101-13-FR-S (9/1/2009)**